IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02573-MSK-MJW

DAVID ELLIS,

Petitioner,

v.

AL ESTEP, et al.,

Respondents.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the petitioner's Motion Requesting Permission to File Traverse to Respondents Answer (Docket No. 18) and Motion for Extension of Time to File Traverse to Respondents Answer (Docket No. 19) are both granted. Petitioner shall have up to and including April 28, 2008, to file a response to the respondents' Answer to Application for Writ of Habeas Corpus (Docket No. 12).

Date: March 27, 2008