IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-02573-MSK

DAVID ELLIS,

    Applicant,

v.

AL ESTEP, Warden for Fremont Correctional Facility, and
JOHN W. SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

---

ORDER TO FORWARD ALL RECORDS AND TRANSCRIPTS

---

This matter is before the Court *sua sponte*.

It is hereby ORDERED that the Clerk of the Court for the District Court of the City and County of Denver, Colorado, as the lawful custodian of the records, shall forward the flat file and hearing transcripts for all proceedings in the trial court and in the appellate court in ***People v. David Ellis***, City and County of Denver District Court, **Case No. 98CR346**, to the Clerk of the Court for the United States District Court for the District of Colorado, 901 Nineteenth Street, Room 105, Denver Colorado, 80294-3589, **on or before April 19, 2010.**

It is further ORDERED that the Clerk of the Court shall serve a copy of this Order on the Clerk of the Court for the District Court of the City and County of Denver, by

facsimile to (720) 865-8582 and by regular mail to Clerk of the Court, 1437 Bannock St., Rm 256, Denver, CO 80202.

DATED this 3rd day of March, 2010.

**BY THE COURT:**

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge