IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-02573-MSK

DAVID ELLIS,

        Applicant,

v.

AL ESTEP, Warden, Fremont Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO, JOHN W. SUTHERS,

        Respondents.

---

## ORDER TO CURE DEFICIENCY

---

Krieger, Judge

        Applicant submitted a Notice of Appeal on July 14, 2010. The court has determined that the

document is deficient as described in this order. Applicant will be directed to cure the following if

he wishes to pursue this appeal.

**(A)**    **Filing Fee**
      __X__  is not submitted

**(B)**    **Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action**:

      __X__  is not submitted
      _____  is missing affidavit
      _____  is missing required financial information
      _____  is missing an original signature by the prisoner
      _____  is not on proper form (must use the court's current form
      _____  other

Accordingly, it is

**ORDERED** that Applicant cure the deficiencies designated above within thirty (30) days from the date of this order. Any papers that Applicant files in response to this order must include the civil action number on this order. It is

**FURTHER ORDERED** that the Clerk of the Court mail to Applicant, together with a copy of this order, an original and one copy of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action. It is

**FURTHER ORDERED** that, if Applicant fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 27th day of July, 2010.

**BY THE COURT:**

Marcia S. Krieger
United States District Judge